# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | No. 19-371-2 |
| v. | : | |
| | : | |
| **JOHN PHILLIPS** | : | |
| | : | |

## ORDER

This 7th day of February, 2024, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release, ECF 107, is **DENIED.**

It is further **ORDERED** that Defendant's Motion Requesting Status of his Compassionate Release Motion, ECF 109, is **DENIED** as moot.

/s/ Gerald Austin McHugh
United States District Judge